IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE BAKER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: CV210-158 |
| JOSE GUZMAN, Public Defender, | : | |
| Defendant. | : | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

As Plaintiff's complaint fails to state a cognizable claim, it is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 12 day of January, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA